**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation | Docket No. 22-md-3043 (DLC) |
| **This Document Relates To:** Kylie Shaffett and L.C. by and through their parent and natural guardian Kylie Shaffett | |
| **Case Name:** Shaffett v. Johnson & Johnson Consumer, Inc., et al. | |
| **Case No.:** | |

## SHORT FORM COMPLAINT

**I.     FILING OF SHORT FORM COMPLAINT**

Plaintiff(s) hereby file their Complaint by way of (select one):

☒ This Complaint is filed pursuant to Order: Direct Filing (DE 238). Plaintiff(s) hereby designate(s) the United States District Court for the <u>Eastern District of Louisiana</u> as Plaintiff(s)' home venue ("Home Venue"), as this case may have originally been filed there because:

☒ The APAP product(s) Plaintiff-Mother took while pregnant with Plaintiff-Minor were purchased and/or used in <u>Franklinton</u> (city), <u>Louisiana</u> (state).

☒ Plaintiff-minor was born in <u>Covington</u> (city), <u>Louisiana</u> (state).

☐ A substantial part of other events or omissions giving rise to the claim occurred there, to wit: _____.

☐ At least Defendant _____ is a resident of the district and all defendants are residents of the State in which that district is located.

☐ This case originally was filed in the United States District Court for the _____ _____ and was transferred to this Court via the initial Transfer Order / Conditional Transfer Order No. _____ by the Judicial Panel on Multidistrict Litigation.

1

## II. PLAINTIFF(S) INFORMATION

Plaintiff(s) are the following individuals (check all boxes which apply and fill out all information for selected Plaintiff(s)):

☒ Plaintiff-Mother (name): __Kylie Shaffett__

- State of Residence: __Louisiana__
- State of Citizenship: __Louisiana__
- Filing Capacity:
    - ☒ As Guardian, on behalf of Plaintiff Child
    - ☒ Individually

☒ Plaintiff Child #1 (full name, or initials if Plaintiff Child is currently a minor): __L.C.__

- State of Residence: __Louisiana__
- State of Citizenship: __Louisiana__
- Year of Birth (yyyy): __2019__
- Injury:
    - ☒ Autism Spectrum Disorder
    - ☐ Attention-Deficit/Hyperactivity Disorder

☐ Plaintiff Child #2 (full name, or initials if Plaintiff Child is currently a minor): _____

- State of Residence: _____
- State of Citizenship: _____

- Year of Birth (yyyy): _____

- Injury:

    ☐ Autism Spectrum Disorder

    ☐ Attention-Deficit/Hyperactivity Disorder

☐ Other Plaintiff(s): _____

- Capacity to assert claim(s) (*e.g.*, other parent, guardian, conservator, administrator, executor): _____

- State of Residence: _____

- State of Citizenship: _____

*In the rare instance that Plaintiff(s) include additional Plaintiff(s) who are immediate family members or who solely assert derivative claims, but are not otherwise listed above due to space constraints, please check here and list the additional Plaintiff's name, capacity to assert claims, state of residence, state of citizenship, and pertinent factual and legal claims on a separate sheet of paper.*
☐ See attached

*In the rare instance that Plaintiff(s) seek(s) to include additional Plaintiff-Children, please check here and list the additional name (or initials, if the Plaintiff Child is currently a minor), state of residence, state of citizenship, year of birth, and injury on a separate sheet of paper.*
☐ See attached

### III.  INCORPORATION OF MASTER COMPLAINT(S)

Plaintiff(s) incorporate by reference the allegations contained in the below indicated First Amended Master Long Form Complaint(s) and Jury Demand(s) filed in *In Re: Acetaminophen – ASD-ADHD Products Liability Litigation*, MDL No. 3043, on July 25, 2023:

☒ The First Amended Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc. (DE 774).

- *Note:* Plaintiffs incorporating this First Amended Master Complaint must complete Section IV.A in addition to the above sections.

☒ The First Amended Master Long Form Complaint and Jury Demand Against the Retailer Defendants (DE 773 ).

- *Note:* Plaintiffs incorporating this First Amended Master Complaint must complete Section IV.B in addition to the above sections.

## IV. DEFENDANT(S)

### A. Manufacturer Defendant

1. Plaintiff(s) allege claims against the Manufacturer Defendant selected below:

☒ **Johnson & Johnson Consumer Inc.**

Plaintiff Child #1:

- Johnson & Johnson Consumer Inc. Product(s) Mother took while pregnant with Plaintiff Child #1:

    ☐ Tylenol Regular®
    - Date range Mother took Tylenol Regular® while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    ☒ Tylenol Extra Strength®
    - Date range Mother took Tylenol Extra Strength® while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): 12/2018 - 09/2019

    ☐ Tylenol Extra Strength Rapid Release Gels®
    - Date range Mother took Tylenol Extra Strength Rapid Release® while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

4

☐ Other: _____
- Date range Mother took Other Product while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

Plaintiff Child #2 (if more than one Plaintiff Child):

- Johnson & Johnson Consumer Inc. Product(s) Mother took while pregnant with Plaintiff Child #2:

    ☐ Tylenol Regular®
    - Date range Mother took Tylenol Regular® while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    ☐ Tylenol Extra Strength®
    - Date range Mother took Tylenol Extra Strength® while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    ☐ Tylenol Extra Strength Rapid Release Gels®
    - Date range Mother took Tylenol Extra Strength Rapid Release® while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    ☐ Other: _____
    - Date range Mother took Other Product while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

2. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *First Amended Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc.* as if fully set forth herein.

3. The following claims and allegations asserted in the *First Amended Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc.* are herein adopted by Plaintiff-Mother in her own right (*i.e.* not covered by claims asserted on behalf of Plaintiff Child(ren)), Plaintiff Child(ren), and/or Plaintiff-Other (check all applicable boxes below)):

5

| Plaintiff-Mother (Individually) | Plaintiff Child #1 | Plaintiff Child #2 (if more than one Plaintiff Child) | Plaintiff-Other (Individually) | Claim/Allegation |
|---|---|---|---|---|
| ✓ | ✓ | | | Count I: Strict Liability for Failure to Warn |
| ✓ | ✓ | | | Count II: Strict Liability for Design Defect Due to Inadequate Warnings and Precautions |
| ✓ | ✓ | | | Count III: Negligence |
| ✓ | ✓ | | | Count IV: Negligent Misrepresentation By Omission (Limited to: Alabama, Alaska, Arizona, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Iowa, Kansas, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nevada, New Jersey, New Mexico, New York, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, Utah, Vermont, Virginia, Washington, Washington DC, West Virginia, and Wisconsin) |
| ✓ | ✓ | | | Count V: Breach of Implied Warranty |

4. In checking the box(es) above for which misrepresentation is an element, Plaintiff(s) adopt(s) and incorporate(s) the allegations made in the *First Amended Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc.* Any additional Plaintiff(s)-specific allegations as to the alleged misrepresentation by omission must be set forth here: Due to Johnson & Johnson Consumer Inc.'s conduct as described in the First Amended Master Long Form Complaint and Jury Demand against Johnson & Johnson Consumer Inc. and any amendments thereto, Plaintiff Mother did not know or discover, and could not by exercise of reasonable diligence discover, the causal connection between the injury and the alleged negligent conduct of the defendant until in or around December 2022.

5. The following claims and allegations asserted are not included in the *First Amended Master Long Form Complaint and Jury Demand Against Johnson & Johnson Consumer Inc.* and are herein added to Plaintiffs' Short Form Complaint. (Please state additional claims and

the factual and legal basis for them below or on a separate sheet if more space is needed.): _____

_____

_____

_____

_____

_____

    B.    <u>Retailer Defendant(s):</u>

        1.    Plaintiff(s) allege claims against the Retailer Defendants selected below. By checking a box against a Retailer Defendant, Plaintiff(s) allege their claims arise out of the acetaminophen store brands identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants* or otherwise specify additional products below:

☐ **7-Eleven, Inc.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____ _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____ _____ _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____ _____

- Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

☐ **Big Lots, Inc.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

☐ **Costco Wholesale Corporation**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____

- Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

☒ **CVS Pharmacy, Inc.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child (mm/yyyy to mm/yyyy): 12/2018-09/2019

    - Location(s) where purchased (City, State): Franklinton, LA

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: Tylenol & CVS Health

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint*

      and Jury Demand Against Retailer Defendants: _____

☐ **Dolgencorp, LLC**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

☐ **Dollar Tree Stores, Inc.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____
    _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 Two if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
    _____
    _____

☐ **Family Dollar Stores, LLC**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____
    _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
    _____
    _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____
    _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
    _____
    _____

☐ **The Kroger Co.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____
      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
      _____
      _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____
      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
      _____
      _____

☐ **Rite Aid Corporation**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____
      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

☐ **Safeway, Inc.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____

☐ **Sam's West Inc.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____
      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
      _____
      \_\_\_

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____
      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
      _____
      \_\_\_

☐ **Target Corporation**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State):_____
      _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
      _____
      \_\_\_

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____ _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____ _____ \_\_\_\_\_

☐ **Walgreen Co.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____ _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____ _____ \_\_\_\_\_

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____ _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____ _____ \_\_\_\_\_

☐ **Walmart Inc.**

- Plaintiff Child #1:

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____
    _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
    _____
    ____

- Plaintiff Child #2 (if more than one Plaintiff Child):

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____
    _____

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2 if not identified in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*: _____
    _____
    ____

☐ **Other Retailer:** _____

- Plaintiff Child #1:

    - Store Brand Product(s) Mother took while pregnant with Plaintiff Child #1: _____

    - Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #1 (mm/yyyy to mm/yyyy): _____

    - Location(s) where purchased (City, State): _____
    _____

- Plaintiff Child #2 (if more than one Plaintiff Child):

16

- Store Brand Product(s) Mother took while pregnant with Plaintiff Child #2:_____

- Date range Mother took Store Brand Product(s) while pregnant with Plaintiff Child #2 (mm/yyyy to mm/yyyy): _____

- Location(s) where purchased (City, State):_____

2. Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants* as if fully set forth herein.

3. The following claims and allegations asserted in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants* are herein adopted by Plaintiff-Mother in her own right (i.e. not covered by claims asserted on behalf of Plaintiff Child(ren)), Plaintiff Child(ren), and/or Plaintiff-Other (check all applicable boxes below):

| Plaintiff-Mother (Individually) | Plaintiff Child #1 | Plaintiff Child #2 *(if more than one Plaintiff Child)* | Plaintiff-Other (Individually) | Claim/Allegation |
|---|---|---|---|---|
| ✓ | ✓ | | | Count I: Strict Liability for Failure to Warn |
| ✓ | ✓ | | | Count II: Strict Liability for Design Defect Due to Inadequate Warnings and Precautions |
| ✓ | ✓ | | | Count III: Negligence |
| ✓ | ✓ | | | Count IV: Negligent Misrepresentation By Omission (Limited to: Alabama, Alaska, Arizona, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Iowa, Kansas, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nevada, New Jersey, New Mexico, New York, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, Utah, Vermont, Virginia, Washington, Washington DC, West Virginia, and Wisconsin) |

| | | | | |
|---|---|---|---|---|
| ✓ | ✓ | | | Count V: Breach of Implied Warranty |

4. In checking the boxes above for which misrepresentation is an element, Plaintiff(s) adopt(s) and incorporate(s) the allegations made in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants*. Any additional Plaintiff(s)-specific allegations as to the alleged misrepresentation by omission must be set forth here: _____

Due to Johnson & Johnson Consumer Inc.'s conduct as described in the First Amended Master Long Form Complaint and Jury Demand against Johnson & Johnson Consumer Inc. and any amendments thereto, Plaintiff Mother did not know or discover, and could not by exercise of reasonable diligence discover, the causal connection between the injury and the alleged negligent conduct of the defendant until in or around December 2022.

5. The following claims and allegations asserted are not included in the *First Amended Master Long Form Complaint and Jury Demand Against Retailer Defendants* and are herein added to Plaintiffs' Short Form Complaint (Please state additional claims and the factual and legal basis for them below or on a separate sheet if more space is needed): _____

## V.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray(s) for relief and demand(s) a trial by jury as set forth in the First Amended Master Long Form Complaint(s) and Jury Demand(s) filed in *In Re: Acetaminophen – ASD-ADHD Products Liability Litigation*, MDL No. 3043 (S.D.N.Y.), on July 25, 2023.

Dated:  12/1/2023                                                                Respectfully submitted,

/s/ Curtis G. Hoke
Curtis G. Hoke (Pro Hac Vice; CA Bar 282465)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: choke@millerfirmllc.com

Counsel for Plaintiff(s)

19